**Petition of WATERLAND OPERATING COM-PANY, as Owner of Scow Woco No. 44, for Limitation of Liability; Edward G. Murray Lighterage & Transportation Company and Tice Towing Line, Appellants, and Four Other Cases.**

(Circuit Court of Appeals, Second Circuit. December 13, 1926.)

No. 111.

Appeals from the District Court of the United States for the Eastern District of New York.

Anthony V. Lynch, Jr., and Park, Mattison & Lynch, all of New York City, for claimant of tugs Viatic and Nautic.

W. J. Martin and Foley & Martin, all of New York City, for Murray Lake.

Edward Ash and Alexander & Ash, all of New York City, for petitioner appellee.

Horace L. Cheyney and Macklin, Brown & Van Wyck, all of New York City, for libelant appellee.

George P. Nicholson, Corp. Counsel, of New York City (Charles J. Carroll, of Brooklyn, N. Y., of counsel), for respondent appellee.

Before MANTON and MACK, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Decrees affirmed.

---

**2**

**Robert C. WHITNEY, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. January 21, 1927.)

No. 143.

In Error to the District Court of the United States for the Northern District of New York.

Irving K. Baxter, of Utica, N. Y., for plaintiff in error.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y., for the United States.

Before MANTON and LEARNED HAND, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment of conviction affirmed.

---

**3**

**Inland Marine Corporation, Libelant-Appellee, v. Steam Tug WILLIAM G. FOX, Her Engines, etc., Benjamin L. Cowles, Claimant-Appellee, Barge SOCONY NO. 77, Her Tackle, etc., Standard Transportation Company, Claimant-Appellant.**

(Circuit Court of Appeals, Second Circuit. December 20, 1926.)

No. 133.

Appeal from the District Court of the United States for the Western District of New York.

Appeal from final decree in admiralty entered in the District Court for the Western District of New York.

Kenefick, Cooke, Mitchell & Bass, of Buffalo, N. Y. (William C. Warren, Jr., of Buffalo, N. Y., and Courtland Palmer, of New York City, of counsel), for appellant.

Stanley & Gidley, of Buffalo, N. Y. (Ray M. Stanley, of Buffalo, N. Y., of counsel), for the Fox.

Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for libelant-appellee.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs.